584 A.2d 223

STATE OF NEW JERSEY v. AARON BANKS.

May 21, 1990

Petition for certification denied.

584 A.2d 224

STATE OF NEW JERSEY v. ERIC GLENN SEEGERS.

May 21, 1990.

Petition for certification denied.

584 A.2d 224

STATE OF NEW JERSEY v. SHAWN KING.

May 21, 1990.

Petition for certification denied.

584 A.2d 224

STATE OF NEW JERSEY v. ANTONIO HOCKADAY.

May 21, 1990.

Petition for certification denied.

584 A.2d 224

STATE OF NEW JERSEY v. RAFAEL ARISMENDY MARTINEZ.

May 21, 1990.

Petition for certification denied.